No. 98-7052.  FLETCHER v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 98-7053.  DE LA TORRE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98-7076.  BURDIX-DANA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98-7118.  BLANTON v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 98-7351.  SHAW v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 98-7352.  SOLIS v. TEXAS.  Ct. App. Tex., 10th Dist.  Certiorari denied.

No. 98-7368.  SANDERS-BEY v. STEGALL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98-7376.  RAGLIN v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-7378.  OTT v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98-7380.  SNOW v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98-7393.  CONE v. DUTTON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 98-7396.  EDENS v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 98-7403.  HIPPS v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 98-7415.  VANN v. WILSON; VANN v. MILLER; and VANN v. SMEDLEY.  Sup. Ct. Okla.  Certiorari denied.

No. 98-7419.  BAKER v. DONSCO, INC.  C. A. 3d Cir.  Certiorari denied.